IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Linda A. Govan            )   Chapter 13
                                   )
         Debtor                    )   No 16-12802-ELF
                                   )
                                   )

## CERTIFICATION OF NO OBJECTION

I hereby certify that I have received no answer, objection or other responsive pleading to the Application for Compensation of Counsel Fees, and respectfully request that the Order attached to the Application be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtor