IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:    Linda A. Govan              )  Chapter 13
                                      )
               Debtor                 )  16-12802-ELF
                                      )
                                      )

ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for
Approval of Counsel Fees submitted by David M. Offen, Attorney
for the Debtor, and upon notice and certification of no objection
it is hereby ORDERED that:

Counsel fee in the amount of $3,500.00 is allowed and the
balance in the amount of $3,000.00 shall be paid by the Chapter
13 Trustee to the extent provided for by the terms of the
confirmed plan.

12/27/16
_____            _____
DATED:                     HONORABLE ERIC L. FRANK
                           CHIEF UNITED STATES BANKRUPTCY JUDGE