IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Linda A. Govan            )   Chapter 13
                                   )
         Debtor                    )   No 16-12802-ELF
                                   )
                                   )

### CERTIFICATION OF NO OBJECTION

I hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Modify Plan After Confirmation, and respectfully request that the Order attached to the Motion be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtor