**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                              :        Chapter 13
    **LINDA A. GOVAN**            :
        **Debtor**            :        Bky. No.  16-12802 ELF

## O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the

Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The Debtor's Amended Chapter 13 Plan (Doc. #38 ) is **APPROVED**.


**Date: February 1, 2017**        _____

                                        **ERIC L. FRANK**
                                        **CHIEF U.S. BANKRUPTCY JUDGE**